# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-09-00374-CR
NO. 03-09-00375-CR
NO. 03-09-00376-CR

**Candice Alexander, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 390TH JUDICIAL DISTRICT
NOS. D-1-DC-07-302725, D-1-DC-08-300740, D-1-DC-08-300741
HONORABLE JULIE H. KOCUREK, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellant Candice Alexander seeks to appeal her convictions for criminal mischief and credit card abuse. The record reflects that after filing her notice of appeal, Alexander filed a waiver of her right to appeal in the trial court. Alexander's counsel also notified this Court of Alexander's waiver of the right to appeal. A waiver of the right to appeal that is freely and voluntarily made is binding upon the appellant. *Monreal v. State*, 99 S.W.3d 615, 622 (Tex. Crim. App. 2003). After such a waiver is made, the trial court's permission is required before a defendant may appeal. *Id.* Because the record does not reflect that Alexander obtained the trial court's permission to appeal after filing her waiver, the appeal is dismissed.

_____

Diane M. Henson, Justice

Before Chief Justice Jones, Justices Waldrop and Henson

Dismissed for Want of Jurisdiction

Filed:   August 21, 2009

Do Not Publish